No. 89–688. GENERAL AMERICAN TRANSPORTATION CORP. ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C.

1070

Cir. Certiorari denied.